[No. 13217-0-III.    Division Three.    November 22, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. PATRICK C. SINGLETON, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 92-1-00117-1, Evan E. Sperline, J., entered April 20, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[Nos. 16430-2-II; 16431-1-II;    Division Two.    November 23, 1994.]
16432-9-II; 17474-0-II.

*In the Matter of the Dependency of* A.M., ET AL.

Appeals from judgments of the Superior Court for Lewis County, Nos. 90-7-00090-3, 90-7-00091-1, 91-7-00002-2, H. John Hall, J., entered August 5, 1992, and August 13, 1993. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 31505-6-I.    Division One.    November 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MALIK I. SALEEM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00486-7, Anthony P. Wartnik, J., entered September 25, 1992. *Affirmed* by unpublished opinion per Baker, A.C.J., concurred in by Grosse and Agid, JJ.